

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AS/DGR
F. #2020R00926
F. #2020R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 22, 2020

By ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. The Goldman Sachs Group, Inc.</u>, 20-CR-437 (MKB)
      <u>United States v. Goldman Sachs (Malaysia) Sdn. Bhd.</u>, 20-CR-438 (MKB)

Dear Judge Brodie:

  The government respectfully moves for an order unsealing the above-captioned matters in their entirety.

              Respectfully submitted,

               SETH D. DuCHARME
               Acting United States Attorney

          By: /s/ Drew G. Rolle
               Drew G. Rolle
               Assistant U.S. Attorney
               (718) 254-6783

Enclosure

cc: Clerk of Court (by ECF)
   All Counsel of Record (by ECF)

AS/DGR
F.# 2020R00926

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

THE GOLDMAN SACHS GROUP, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

No. 20-CR-437 (MKB)

       Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Drew G. Rolle, for an order unsealing the above-captioned matter.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed in their entirety.

Dated:   Brooklyn, New York
           October ___, 2020

                                      THE HONORABLE MARGO K. BRODIE
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK

AS/DGR
F.# 2020R00927

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

GOLDMAN SACHS
(MALAYSIA) SDN. BHD.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

No. 20-CR-438 (MKB)

Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Drew G. Rolle, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed in their entirety.

Dated:   Brooklyn, New York
          October ___, 2020

_____
THE HONORABLE MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK